

FILED

NOV 04 2019

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN MCGUIRE,<br><br>Defendant. | CR-18-157-BLG-SPW-03<br><br>ORDER |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 4th day of November, 2019.

Honorable Susan P. Watters
United States District Judge