IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 2 2 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 18-157-BLG-SPW-3 |
| Plaintiff, ) | |
| v. ) | **ORDER TO FILE UNDER SEAL** |
| RYAN MCGUIRE ) | |
| Defendant. ) | |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 93), and good cause appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Under Seal (Doc. 93) is **GRANTED**. The Exhibits to Declaration of Attorney Penelope S. Strong in Support of Motion for New Trial shall be filed under seal.

The clerk of court is directed to notify counsel of the making of this Order.

DATED this 21st day of November, 2019.

SUSAN P. WATTERS
United States District Court Judge