IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 18-157-BLG-SPW-3 |
| Plaintiff, ) | |
| ) | **ORDER TO FILE** |
| v. ) | **UNDER SEAL** |
| ) | |
| RYAN MCGUIRE ) | |
| Defendant. ) | |

Upon the Defendant's Unopposed Motion to File Under Seal (Doc. 118), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion to File Under Seal is **GRANTED**. Exhibit O to Defendant's Sentencing Memorandum shall be sealed filed under seal.

DATED this 21st day of September, 2020.

Susan P. Watters
United States District Court Judge