IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN MCGUIRE,<br><br>    Defendant. | CR 18-157-BLG-SPW-3<br><br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of the juror in the Volume III of III transcript shall be redacted from the trial transcript in this matter.

DATED this 3rd day of December, 2020.

SUSAN P. WATTERS
United States District Judge

1